```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18444
    LUCAS GALIFOS
    KIMBERLY GALIFOS                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
    SSN XXX-XX-3183    SSN XXX-XX-8380

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/08/07 and confirmed on 02/06/08.

    2.  The case was dismissed after confirmation, 08/22/2008.

    3.  The Debtor paid a total of $   5500.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 2549.30 | .00 | 2549.30 |
| AMERICAN GENERAL FINANCE | SECURED | 790.18 | .00 | 131.70 |
| AURORA EARTHMOVER CU | SECURED | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED VEHIC | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED VEHIC | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8091.74 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 553.86 | .00 | .00 |
| COMMERCIAL CHECK CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 283.92 | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ACTION FIN SRV | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1328.93 | .00 | .00 |
| NICOR GAS | UNSECURED | 6669.16 | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PRO TURF SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROFESSIONAL RECOVERY SE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| TRACKERS INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1479.77 | .00 | .00 |
| WILLIAM GUINTA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 211.46 | .00 | .00 |

```
AURORA EARTHMOVER CU      UNSECURED      1284.56          .00         .00
ROUNDUP FUNDING LLC       UNSECURED       887.67          .00         .00
ROUNDUP FUNDING LLC       UNSECURED       821.77          .00         .00
CAPITAL ONE BANK          UNSECURED      1421.35          .00         .00
CAPITAL ONE BANK          UNSECURED      1012.57          .00         .00
CAPITAL ONE BANK          UNSECURED       927.85          .00         .00
CAPITAL ONE BANK          UNSECURED      1688.15          .00         .00
CAPITAL ONE BANK          UNSECURED      1593.90          .00         .00
TRI CAP INVESTMENT PARTN  UNSECURED      5362.33          .00         .00
ECAST SETTLEMENT CORPORA  UNSECURED       521.41          .00         .00
     Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 3339.48       .00     34140.40          .00    37479.88
PRINCIPAL PAID     2681.00       .00          .00          .00     2681.00
INTEREST PAID           .00      .00          .00          .00          .00
TOTAL PAID         2681.00       .00          .00          .00     2681.00
```

The Debtor's attorney, PATRICK A MESZAROS               , was allowed $   3500.00
and was paid $   1000.00   direct and $   2500.00   through the plan.

The Trustee received $      319.00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/13/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE